## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MEDICAL CARD SYSTEM, INC., ET AL.,<br><br>    Plaintiffs,<br><br>          v.<br><br>EQUIAN, LLC, ET AL.,<br><br>    Defendants. | Civil No. 16-1228 (GAG) |

### INFORMATIVE MOTION REGARDING EARLY MEDIATION

To The Honorable Court:

Medical Card System, Inc. and MCS Life Insurance Company (collectively, Plaintiffs) respectfully state as follows.

Plaintiffs have proposed an early mediation to the defendants, including a concomitant request to stay all proceedings pending the mediation outcome. *See* D.P.R. Civ. R. 83J. During the past two weeks, the parties have discussed their respective positions on this front. By the end of this week, furthermore, Plaintiffs expect to inform the Court about the feasibility of early mediation.

For the reasons stated, Plaintiffs respectfully request that this Honorable Court note this motion.

Dated: July 12, 2016                    Respectfully submitted,

                                         **DEL TORO & SANTANA**
                                         *Attorneys for Medical Card System, Inc.*
                                         *and MCS Life Insurance Company*

                    Plaza 273, Suite 900
                    273 Ponce de León Ave.
                    San Juan, Puerto Rico 00917-1934
                    Tel. (787) 754-8700
                    Fax (787) 756-6677

**/s/ ROBERTO SANTANA-APARICIO**
USDC-PR 122811
santana@dtslaw.com

**/s/ ARTURO V. BAUERMEISTER**
USDC-PR 302604
abauermeister@dtslaw.com

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                By**: /s/ Arturo V. Bauermeister**