# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MEDICAL CARD SYSTEM, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIAN, LLC, ET AL.,<br><br>Defendants. | CIVIL NO. 16-1228 (GAG/BJM) |

### INFORMATIVE MOTION REGARDING SETTLEMENT NEGOTIATIONS

To The Honorable Court:

Medical Card System, Inc. and MCS Life Insurance Company (collectively, Plaintiffs) respectfully state as follows.

- On July 22, 2016, Plaintiffs' counsel had a first, face-to-face settlement meeting with Equian's local counsel.

- On July 29, 2016, Plaintiffs' counsel emailed DaVita's counsel with a question about the calculation of the collection claims that DaVita asserts in the challenged arbitration; DaVita has yet to respond to that email.

- Meanwhile, on August 2, 2016, Plaintiffs' counsel had a first, face-to-face settlement meeting with Star Healthcare's counsel. And Plaintiffs' and Star Healthcare's counsel have agreed to hold, on August 11, 2016, a second, in-person settlement meeting.

Plaintiffs respectfully request that this Honorable Court note this motion.

Dated: August 5, 2016                              Respectfully submitted,

                                             **DEL TORO & SANTANA**
*Attorneys for Medical Card System, Inc. and MCS Life Insurance Company*

Plaza 273, Suite 900
273 Ponce de León Ave.
San Juan, Puerto Rico 00917-1934
Tel. (787) 754-8700
Fax (787) 756-6677

/s/ **ROBERTO SANTANA-APARICIO**
USDC-PR 122811
santana@dtslaw.com

/s/ **ARTURO V. BAUERMEISTER**
USDC-PR 302604
abauermeister@dtslaw.com

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: **/s/ Arturo V. Bauermeister**